UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

UNITED STATES OF AMERICA

v.

HAILONG ZHU,
    *Defendant.*

Case Number 1:23-cr-81

## ORDER

This matter comes before the Court on Defendant's Motion to Dismiss Count 2 for Lack of Venue (Dkt. No. 33), Motion to Transfer Venue (Dkt. No. 34), Motion to Suppress (Dkt. No 38), and Motion to Dismiss Count 1 for Failure to State a Claim and for Improper Venue (Dkt. No. 53). Having reviewed the pleadings, heard oral argument, considered the evidence presented, and for the reasons stated in open court, it is hereby

**ORDERED** that Defendant's Motion to Dismiss Count 2 for Lack of Venue (Dkt. No. 33) is **GRANTED**, and Count 2 of the Superseding Indictment is hereby **DISMISSED WITHOUT PREJUDICE**; it is further

**ORDERED** that Defendant's Motion to Transfer Venue (Dkt. No. 34) is **DENIED AS MOOT**; it is further

**ORDERED** that Defendant's Motion to Suppress (Dkt. No. 38) is **DENIED**; and it is further

**ORDERED** that Defendant's Motion to Dismiss Count 1 (Dkt. No. 53) is **DENIED**.

                                                      **SO ORDERED.**

                                                  /s/
                                      Michael S. Nachmanoff
                                      United States District Judge

July 13, 2023
Alexandria, Virginia